## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH F. JANOWSKI, | : | NO. 3:26-CV-00336 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| PENNSYLVANIA STATE | : | |
| POLICE, *et. al.* | : | |
| Defendants. | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1)    Defendants Pennsylvania State Police, Trooper Thomas Robin, and Trooper Nathaniel Edmonds' motion to dismiss (doc. 3) is **GRANTED** in part and **DENIED** in part:

    a.    The Plaintiff's Eighth Amendment cruel and unusual punishment claim is **DISMISSED** with prejudice; the Plaintiff's Fourth Amendment excessive force claim is **DISMISSED** without prejudice;

    b.    The Defendants' motion is **DENIED** with respect to Plaintiff's: (1) state law negligence claims against all Defendants; and (2) Fourteenth Amendment failure to protect claim against Defendants Robin and Edmonds in their personal capacities.

(2)    The Defendants shall file their Answer to the Complaint within 14 days of this Order, pursuant to Fed. R. Civ. P. 12(a)(4)(A).

Date: July 29, 2026                          s/ *Sean A. Camoni*
                                             Sean A. Camoni
                                             United States Magistrate Judge